IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| S. MOLI NGATUVAI,<br><br>    Plaintiff,<br><br>vs.<br><br>UTAH COMMUNITY CREDIT UNION, et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER THAT MOTION FOR EXTENSION OF TIME BE FILED WITH TENTH CIRCUIT AND THAT NO FURTHER DOCUMENTS BE FILED IN THIS CASE IN THIS COURT UNTIL APPEAL IS RESOLVED<br><br><br>Case No. 2:09-CV-1016 TS |

　　　　Plaintiff moves for an extension of time.  This case was dismissed.  On January 13, 2010, Judgment was entered and the case was closed.  Plaintiff's timely appeal of the dismissal is pending with the Tenth Circuit Court of Appeals in Denver, Colorado.  After a timely appeal is filed the district court no longer has jurisdiction over this case.  Once the timely appeal is filed, any extension of time in the appeal must be filed in the Tenth Circuit Court of Appeals.   It is therefore

1

ORDERED that Plaintiff's Motion for Extension of Time (Docket No. 12) is MOOT and any requests for extensions of time for matters in the pending appeal must be filed with the Tenth Circuit Court of Appeals.  It is further

ORDERED that because this case is dismissed and closed, no further documents should be filed in this case in this court until the appeal is resolved.

DATED   March 2nd, 2010.

>BY THE COURT:
>
>_____
>TED STEWART
>United States District Judge